IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


FREDDIE D. MATTHEWS                                                        PLAINTIFF

                    v.                         Civil No. 06-5064


OFFICER K. HILL; and
OFFICER M. DUNHAM                                                      DEFENDANTS

**O R D E R**

        On May 29, 2007, a motion to reopen the case as against Kyle Hill was filed (Doc. 37).  The

court previously granted a motion to quash service and to stay based on the fact that Hill had been

ordered by his commanding officer of the United States Marine Corps, Weapons Company, 3D

Battalion, 24th Marines, 4th Marine Division to report for military duty no later than 1700 hours

on June 1, 2006.  Hill's tour of duty was scheduled to last until May 31, 2007.  The court notes that

the motion to quash was filed by Mr. Jason Owens who currently represents separate defendant M.

Dunham.  Mr. Owens is directed to ascertain to the best of his ability whether Hill is still on active

military duty or where Hill is and file a response to the motion to reopen with the court by no later

than **June 30, 2007.**

        IT IS SO ORDERED this 13th day of June 2007.

                                        /s/ *J. Marschewski*
                                        _____
                                        HON. JAMES R. MARSCHEWSKI
                                        UNITED STATES MAGISTRATE JUDGE

-1-