IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FREDDIE D. MATTHEWS                                                           PLAINTIFF

             v.                       Civil No. 06-5064

OFFICER K. HILL; and
OFFICER M. DUNHAM                                                            DEFENDANTS

**O R D E R**

Defendants have filed motions for summary judgment (Doc. 33 and Doc. 45).  Plaintiff

responded to the motions (Doc. 42 and Doc. 46).  However, plaintiff has also filed a motion

asking for the court to assist him in responding to the motions by propounding a questionnaire

(Doc. 48).  The motion (Doc. 48) for a questionnaire is granted.  The court will consider

plaintiff's response to the questionnaire in issuing an opinion on the summary judgment motions.

The court will also consider plaintiff's initial responses to the summary judgment motions (Doc.

42 and Doc. 46).

For this reason, Freddie D. Matthews is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motions on or before **December 24, 2007**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 21st day of November 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FREDDIE D. MATTHEWS                                              PLAINTIFF

          v.                    Civil No. 06-5064

OFFICER K. HILL; and
OFFICER M. DUNHAM                                               DEFENDANTS

## <u>RESPONSE TO SUMMARY JUDGMENT MOTION</u>

TO:  FREDDIE D. MATTHEWS

These questions and answers will serve as your response to the motions for summary judgment filed by the defendants.  You may use additional sheets of paper in responding to these questions.  You must file this response by **December 24, 2007.**

1.  Warrant #110103 was issued on February 28, 2006, for your arrest after you violated the terms of your parole.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the Defendants' Exhibit 1 at page 1.

_____

_____

_____

_____

2.  On February 28, 2006, you were booked into the Washington County Detention Center (WCDC) on a parole violation, and on charges of domestic battery, terroristic

-2-

threatening, criminal mischief, and endangering the welfare of a minor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

2.

_____

_____

_____

_____

3.   As part of the booking process, you completed a medical questionnaire on

February 28th.  You indicated you had been treated for mental illness and depression, were

currently under a doctor's care, took trazadone for mental illness, and were seeing a doctor in

prison.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

1.

_____

_____

_____

_____

4.   On February 28th, you signed a medical release and informed consent for medical

services which was witnessed by Officer C. King.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 2.

_____

_____

_____

_____

5.  On February 28th, you signed an inmate medical insurance information form agreeing to accept responsibility for your medical charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 3.

_____

_____

_____

_____

6.  On March 2nd you submitted a request for medical attention.  You stated you needed to speak to the nurse and try to get your medical jacket from the Arkansas Department of Correction (ADC).  You indicated you  needed to get your mental health psychiatrist papers so you could get some help.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 4.

-4-

_____

_____

_____

_____

    7.  In response, Nurse Bradley advised you that you would need to have your lawyer

contact the ADC to get your medical records.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

3.

_____

_____

_____

_____

    8. On March 2, 3, 4, and 5, you submitted requests about the Fayetteville Police

Department and wanting to bring charges against various individuals.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

1-4.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

9.  In response, you were provided the address of the Fayetteville Police Department and told to contact your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 1-4.

_____

_____

_____

_____

10. On March 8th you submitted a medical request asking for a copy of your "mental diagnosis" to help with your Supplement Security Income (SSI) application.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

11.  In response, you were told you could get SSI to get the records from the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 5.

_____

_____

_____

_____

12. On March 11th you were assigned to N block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

13.  At approximately, 14:30 or 2:30 p.m., Deputy Greg Clark was in N block doing a count of inmates.  Deputies Kyle Hill and Matthew Dunham were also in N block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

14(A).  You began yelling at Hill for taking your spoon.  Hill and Dunham went to check for contraband in your cell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 1.

_____

_____

_____

_____

(B).  Hill and Dunham were inside your cell and you stepped in front of the cell door blocking Hill and Dunham from leaving.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

_____

_____

(C).  You were advised to back away from the door.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 2.

_____

_____

-8-

_____

_____

(D).  You took an aggressive stance with your fists clinched and did not back away.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

2.

_____

_____

_____

_____

15.   Hill called over the radio for assistance in N block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

16.  Clark went upstairs to assist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

17.  Hill instructed you to calm down, back up, and get out of the cell.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

18.  You became irate.  Hill reached for his handcuffs.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

19.   You took your shirt off, threw it down, and stated you were not going to

lockdown.

-10-

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

20.  You continued to yell.  Hill approached you and attempted to take you to the

ground.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

21.  Dunham and Clark assisted Hill in taking you to the ground.  You were instructed

to stop resisting.  You ignored their instructions and continued to fight.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

22.  After about three minutes of fighting, Hill handcuffed you and Clark, Dunham,

and Hill escorted you out of the block and into M block.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

1.

_____

_____

_____

_____

23.  Officers Daniel Walker, Matthew Dunham, and Michael Cambron submitted

incident reports regarding your refusal to obey the officers' orders and refusal to lockdown on

March 11th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4.

_____

_____

_____

_____

24.  Inmate Cecil Southern filed a grievance stating that you were six to eight feet

-12-

away from Hill when he started yelling for help.  In Southern's opinion, Hill did not know how to handle you and Hill's behavior was unacceptable.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 5.

_____

_____

_____

_____

25.  James Estes submitted a grievance stating that people didn't like being locked out and frustration manifested in what occurred that day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 7.

_____

_____

_____

_____

26.  Clay Worthen submitted a statement about the incident stating that you were easily angered and Hill didn't treat inmates with enough respect and had a perception of power that produced an unfortunate situation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-13-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 8.

_____

_____

_____

_____

27.  David Garrert submitted a statement that they didn't need someone like Hill working at the detention center.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 9.

_____

_____

_____

_____

28.  On March 12th, at 16:15 or approximately 4:15 p.m., when Dunham was passing out medication, you asked Dunham where his partner was.  When Dunham asked which partner you were referring to you said the one he was with yesterday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

-14-

_____

_____

_____

29. You then said it wasn't right what they did yesterday and "it's blood for blood now, you better not let me catch you sleeping!"

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

30.  Officers Dunham, Logue, and Conner all reported hearing you make these statements.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page 3.

_____

_____

_____

_____

31. On March 13th Nurse Moon was called to M block where you were complaining

-15-

of vomiting and a headache.  She offered you a phenegran suppository.  You declined and were given two pepto bismol tablets.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 6.

_____

_____

_____

_____

32.  On March 16th you stated you intended to sue the detention center as a result of the incident on March 11th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 13.

_____

_____

_____

_____

33. On March 17th you requested a copy of the picture taken of your back by Sgt. Fuller and wanted a copy of the report.  You said again you were going to sue.  You were told to write the U.S. Magistrate and given the address.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-16-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 14.

_____

_____

_____

_____

34.  On March 17th you stated you had eight pair of pants, eight shirts, and three coats, in your property that you wanted to mail back home.  In response, you were told to get a friend or family member to get your clothes.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 15.

_____

_____

_____

_____

35.  On March 18th you requested a § 1983 form to start your case.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page 16.

_____

_____

-17-

_____

_____

36.  On March 18th you requested pictures of your injury and copies of all statements.

In response, you were told they only provided copies of commitment papers and all other

copies must be requested by your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

17.

_____

_____

_____

_____

37.  On March 20th you requested the addresses of two attorneys, Doug Norwood and

Dan Ivy.  The address were provided.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

18.

_____

_____

_____

_____

38(A).  In your response (Doc. 42 at page 18), you state that after the altercation you

-18-

were examined by Nurse Susan Johnson and given a shot for pain.  You also indicate she said

your shoulder was out of place.  The medical records submitted by the defendants contain no

mention of this examination or of the shot.  If you have any documentation, please attach it to

this response.  If you do not have any documentation, please describe in detail when this

examination occurred, who was present, etc.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(B).  On March 21st you submitted a medical request.  You stated that every since the

incident in N pod your left shoulder had been sore and hurting and your lower back was stiff

and having muscle spasms.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

7.

_____

_____

_____

_____

(C).  The March 21st request was the first written medical request you submitted

mentioning any injuries from the March 11th incident.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

39.  You were seen by Nurse Bradley on March 22nd.  She found you had normal

range of motion and no deformities.  She prescribed Ibuprofen, 600 mg., three times a day on

an as needed basis for up to fourteen days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at page

7.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

40.  You received the Ibuprofen from March 22nd until April 4th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 2 at pages

11 & 13.

_____

_____

_____

_____

41.  On March 22nd, Corporal Matthews submitted an incident report stating that you

did not have your armband on and did not line up for count.  You indicated another inmate

Kevin Buchanan had your armband.  You were told that you needed to wear your armband at

all times and line up for count.  You complied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 4 at page

5.

_____

_____

_____

_____

42.  On March 22nd and March 26th you submitted requests for legal envelops and

-21-

notary services.  You were provided envelops but told you would have to have your attorney or family arrange for the notary services.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages 19-22.

_____

_____

_____

_____

43.  On March 30th you requested that Dunham not work around you because of problems you had due to the pending lawsuit.  Jail personnel noted the problem had been resolved.  Please state how the problem was resolved.

Answer:

_____

_____

_____

_____

44.  On March 30th you requested the full names and badge numbers of the officers involved in your incident.  You were told you only needed the last name to file grievances.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 25.

-22-

_____

_____

_____

_____

     45. On March 31st you asked for the full names of K. Hill and M. Dunham.  You

were informed you would need to speak to Corporal Freeman who was handling the

paperwork.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

26.

_____

_____

_____

_____

     46. On April 5th you asked for information on your charges.  You were provided the

information.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page

27.

_____

_____

_____

-23-

_____

47.  On April 12th, 14th, and 17th, you asked for legal envelops and for your legal

papers back from Freeman.  You were provided with these materials.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at pages

28-30.

_____

_____

_____

_____

48.  You were released to the ADC on April 26th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

3.

_____

_____

_____

_____

49.  You returned to the WCDC on May 9th for court.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

4.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

50.  You completed a medical questionnaire indicating you had no health problems

other than the fact you were taking thorazine.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

5.

_____

_____

_____

_____

51.  Were you taking the thorazine to treat depression?

Answer:  Yes _____ No _____.

If you answered no, please explain why you are taking the thorazine.

_____

_____

_____

_____

52.  You submitted a grievance on May 12th in which you stated you were assaulted

by Dunham and Hill on March 11th and would like to press charges against them.  You

-25-

indicated you also had a lawsuit pending against them.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 32.

_____

_____

_____

_____

53.  In response you were told if you had a lawsuit against the officers already "it will be taken care of then."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 32.

_____

_____

_____

_____

54.  On May 12th you asked why you were being placed on lock down.  You asked if the jail had something against black people.  Sgt. Charles responded that Sgt. Wilson does not discriminate against any race and must have locked you down for your safety.  You were told Sgt. Wilson would be back on Wednesday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-26-

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 33.

_____

_____

_____

_____

55.  On May 19th you requested copies of legal papers sent from the prison, copies of photographs taken of your back after the incident on March 11th, and copies of the incident reports.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 35.

_____

_____

_____

_____

56.  In response, you were told you could get that information through your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page 35.

_____

_____

-27-

_____

_____

57.  On May 21st you requested information regarding the March 11th incident
including a document sent to Lt. Mitchell.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
36.

_____

_____

_____

_____

58.  Lt. Mitchell responded that he didn't have any such document and didn't have
your paperwork.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 3 at page
36.

_____

_____

_____

_____

59.  You were released back to the ADC on June 19th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 1 at page

6.

_____

_____

_____

_____

60.  Your ADC medical records make no mention of any injury allegedly caused by

the March 11th incident at the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5.

_____

_____

_____

_____

61.  Your intake physical on May 3, 2006, states no problems with your extremities

other that surgery to your left forearm.  It is noted you have a firm grip and no atrophy of

biceps.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at page

1.

_____

_____

_____

_____

62.  You mentioned no specific problems with your back or shoulder during your intake physical.  In the history portion you did mention that you sometimes had recurrent back pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to Defendants' Exhibit 5 at pages 1-3 and 5.

_____

_____

_____

_____

63.  Please describe in detail the amount of physical force used against you on March 11th by Hill.

Answer:

_____

_____

_____

_____

_____

_____

_____

-30-

_____

_____

_____

_____

_____

    64.  Please describe in detail the amount of physical force used against you on March

11th by Dunham.

    Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-31-

_____

_____

65.  Please describe in detail any injuries you suffered as a result of the use of force against you on March 11th.  In doing so, describe in detail:  (a) the physical injuries you suffered; (b) the symptoms you experienced; (c) whether you sought, or received, medical treatment as a result of the injuries; and (d) how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

-32-

66.  Hill and Dunham were not responsible for deciding who got medical care at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

67.  The WCDC had jail nurses who made the decision as to whether or not you needed medical care.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

-33-

_____

_____

68.  You only sought medical treatment following the March 11th incident on one

occasion and were prescribed Ibuprofen by the jail nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

69.  Under section 1983, an individual may be sued in his official capacity, in his

individual capacity, or in both capacities.  An official capacity claim is the same as a claim

against the entity for whom the individual works and requires a showing of a custom or

policy.  Ordinarily, if you fail to state what capacity you are suing an individual in, the law

presumes you are bringing only an official capacity claim.  An individual capacity claim

seeks to hold the individual personally liable.  Did you intend to bring an official capacity

claim, an individual capacity claim, or both types of claims against the defendants?

Answer:

_____

_____

_____

_____

AO72A
(Rev. 8/82)

Detail below any further response you would like to make to the motion for summary judgment.  If you have any exhibits you would like the court to consider, you may attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2007.


_____

FREDDIE D. MATTHEWS


-36-