IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

FREDDIE D. MATTHEWS                                                              PLAINTIFF

        v.                    Civil No. 06-5064

OFFICER K. HILL; and
OFFICER M. DUNHAM                                                              DEFENDANTS

## JUDGMENT

For the reasons stated in a memorandum opinion entered this same date, I find the defendants' summary judgment motions (Doc. 33 and 45) should be and hereby are granted. The case is dismissed with prejudice.

IT IS SO ORDERED this 5th day of February 2008.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)